Julius Salk et al., appellees, v. William D. Simmons, appellant. Gen. No. 33,354.

Opinion filed November 6, 1929.

John T. Murray, for appellant. Max Ward, for appellees; Al Martin Curtis, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Fred W. Neely, appellee, v. St. Paul Fire & Marine Insurance Company and Wm. T. Heinemann, defendants, on appeal of St. Paul Fire & Marine Insurance Company, appellant. Gen. No. 33,411.

Opinion filed November 6, 1929. Rehearing denied November 22, 1929.

J. B. Luse, for appellant. No appearance for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Charles Krauss, appellee, v. Paramount Construction Company, appellant. Gen. No. 33,428.

Opinion filed November 6, 1929.

Henry L. Phoenix, for appellant. Gerard M. Ungaro, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.